In the United States District Court
for the District of Columbia

| | |
|---|---|
| David W. Noble<br>2707 Ridge Road<br>Windsor Mill, Maryland 21244<br>240-477-7256<br><br>    Plaintiff<br><br>v.<br><br>National Association of Letters Carriers,<br>  AFL-CIO<br>100 Indiana Avenue, Northwest<br>Washington, D.C. 20001<br><br><br>    Defendant | Case: 1:22-cv-01613<br>Assigned To : Friedrich, Dabney L.<br>Assign. Date : 6/7/2022<br>Description: Pro Se Gen. Civ. (F-DECK) |

## Complaint

1. Jurisdiction is proper under Title 28, U.S.C., §§ 1339 and 1346, and Title I of LMRDA, 29 U.S.C. §§ 411-12, and 29 U.S.C. § 481.

2. Venue is proper in the District of Columbia, as the Defendant National Association of Letter Carriers, AFL-CIO ("NALC") is headquartered here.

3. Defendant NALC is the exclusive bargaining agent for city letter carriers employed by the United States Postal Service ("USPS"). NALC has about 280,000 members, who are both active and retired city letter carriers.

4. Plaintiff David W. Noble is a member of the NALC. Plaintiff Noble lives in and is a citizen of Maryland.

5. NALC is governed by a constitution, which was adopted by the membership. Under

RECEIVED
JUN 7 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

the constitution day-to-day operations of the union are conducted by an executive council of 28 national officers, led by a president.

6. Under the constitution mail-in elections of national officers are held at four-year intervals. An election is scheduled for September 2022.

7. Fredric V. Rolando has been president of NALC since 2009.

8. Plaintiff Noble ran against Rolando for president in 2014 and 2018. Noble is running for president in the 2022 election.

9. NALC has a monthly magazine called the *Postal Record*. A copy of the magazine is mailed to every member each month.

10. On December 18, 2021 Noble emailed Rolando and notified Rolando that Noble wished to begin placing political advertisements in the *Postal Record* beginning with the February issue. A true and accurate copy of Noble's email is attached as Exhibit A.

11. On December 29, 2021 NALC replied to Noble's email, refusing his request to place ads in the *Postal Record*, except for the September 2022 issue. A true and accurate copy of NALC's reply is attached as Exhibit B.

12. In January 2022 Noble requested that NALC Branch 421 distribute his campaign material by printing it as an ad in the branch newsletter. By letter dated March 4, 2022 Branch 421 notified Noble that it would not distribute the material. True and accurate copies of emails and a letter pertaining to Noble's request are attached as Exhibit C.

**COUNT I: Violation of the LMRDA by refusing to distribute campaign material .**

13 . Plaintiff re-alleges and incorporates by reference herein all of the allegations contained in paragraphs 1-12 above.

14. By refusing to distribute Plaintiff's campaign materials in the *Postal*

*Record* and in the Branch 421 newsletter, NALC and Branch 421 violated Title I of the LMRDA, 29 U.S.C. § 481(c)

    15. WHEREFORE: Plaintiff requests:

    A. Declaratory Judgment stating that NALC and Branch 421 violated Title I of the LMRDA, 29 U.S.C. § 481(c) by refusing Plaintiff's request to distribute campaign materials in the *Postal Record* and in the Branch 421 newsletter.

    B. That the Court Order defendants to distribute Plaintiff's campaign materials in the *Postal Record* and in the Branch 421 newsletter forthwith.

    C. Such other relief that the Court determines is necessary and appropriate.

    Respectfully Submitted,

David W. Noble
2707 Ridge Road
Windsor Mill, Maryland 21244
240-477-7256
dwnnoble@gmail.com