Gmail      David Noble <dwnoble@gmail.com>

## Postal Record ads
6 messages

**David Noble** <dwnoble@gmail.com>      Sat, Dec 18, 2021 at 1:13 PM
To: rolando@nalc.org, "Peter D. DeChiara" <pdechiara@cwsny.com>

I want to begin running political ads in the Postal Record beginning with the February issue.

Please tell me the per-page cost and the monthly deadline.

David Noble

# Exhibit A

---

**Peter D. DeChiara** <pdechiara@cwsny.com>
To: David Noble <dwnoble@gmail.com>, Fred Rolando <rolando@nalc.org>

Mr. Noble:

NALC has authorized me to provide the following response to your email.

In accordance with longstanding NALC policy, NALC does not run political ads in the *Postal Record*, with the exception of one issue every four years, preceding the NALC national officer elections. The rates and deadline for political ads for that issue have not yet been determined. NALC plans to announce the rates and deadline in the June 2022 issue of the *Postal Record*. If you have additional questions regarding ads in the *Postal Record*, please contact Mike Shea at NALC.

Peter DeChiara



**Peter D. DeChiara**
900 Third Avenue, Suite 2100
New York, NY 10022-4869
Tel: 212.356.0216
Fax: 646.473.8216
Cell: 917.868.9007

# Exhibit B

pdechiara@cwsny.com | www.cwsny.com | Bio

[Quoted text hidden]

Under applicable Treasury Regulations, we are required to inform you that no U.S. tax advice in this email or an attachment to this email is intended or written to be used, nor can it be used, to avoid a penalty under the Internal Revenue Code, or to promote, market or recommend to another party a transaction or matter addressed in this email or attachment.

This E-Mail and any attachments may contain material that is protected by an attorney-client privilege or that is otherwise confidential. Please do not permit anyone other than an addressee or an employee or other authorized agent of an addressee to read this e-mail or any of its attachments without the consent of Cohen, Weiss and Simon LLP. If you are not one of the people specified in the previous sentence, please delete this e-mail and its attachments and notify me.

---

**David Noble** <dwnoble@gmail.com>      Wed, Dec 29, 2021 at 2:36 PM



NALC Alamo Branch 421 · 6218 Krempen Ave. · San Antonio, Texas 78233-4579
Phone: 210-227-0128 · Fax: 210-226-8119

March 4, 2022

Dear Brother Noble:

Please find enclosed the ad you submitted to us and the money order you provided. As President Gould explained in his email, the branch membership voted that we are not going to open our newsletter to any campaign ads outside of our own branch elections.

Thanks again.

*Louise K. Jordan*

Louise Jordan, Vice President
NALC Branch 421

# Exhibit C



## ROLANDO WORST PRESIDENT IN NALC HISTORY

History will record Fred Rolando as NALC's worst president. Here's why:

*A couple of years before he became president in 2009 USPS paid 88.75% of each letter carrier's health benefits. In 2022 USPS pays 72%.

*In 2009 almost all new-hires came in as career employees. In 2022 no new-hires come in as career employees and all new-hires are required to spend up to two years in non-career status as CCAs before converting to career.

*In 2009 the letter carrier workforce was 90% career. In 2022 the letter carrier workforce is 75% career.

*In 2009 all letter carriers got 13 days of sick leave per year. In 2022 25% of the letter carrier workforce gets no sick leave at all.

*In 2009 letter carriers at all steps of the pay schedule got the full COLA. In 2022 only the top step gets the full COLA. The lower steps get less. CCAs get no COLA at all.

*In 2009 all letter carriers got ten holidays. In 2022 only career letter carriers get ten holidays. The 25% of the workforce that is non-career get six holidays, and some of those are for partial days.

*In 2009 a starting career full-time letter carrier made $42,610. In 2022 a starting career full-time makes $43,062. The reason these numbers are almost the same is because Fred Rolando decided in 2013 to cut the starting pay for career employees by more than $12,000. If Rolando had not made that concession, starting full-time career letter carriers would now be making $57,397. As a result of Rolando's cut letter carriers are now divided into Table A pay – for those hired before 2013, and Table B pay – for those hired in 2013 and after. Letter carriers in the Table B schedule end up in the same place as Table A carriers, but the Table B carriers make over $100,000 less while getting to the top step.

In thirteen years as president, Fred Rolando has turned the letter carrier craft into a pale shadow of what it was when he took over. The next round of collective bargaining for NALC takes place in 2023. We can't let Rolando and Renfroe make any more concessions. We have to replace the current crop of do-nothing officers with Clean Sweep 2022 – a team of fighters. The next NALC election of national officers is scheduled for October.  –David Noble