In the United States District Court
for the District of Columbia

| | |
|---|---|
| David W. Noble <br> 2707 Ridge Road <br> Windsor Mill, Maryland 21244 <br> 240-477-7256 <br><br> Plaintiff <br><br> v. <br><br> National Association of Letters Carriers, AFL-CIO <br> 100 Indiana Avenue, Northwest <br> Washington, D.C. 20001 <br><br> and <br><br> Alamo Branch 421 <br> 6218 Krempen Avenue <br> San Antonio, Texas 78233 <br><br> and <br><br> Branch 9 NALC <br> 5831 Cedar Lake Road <br> St. Louis Park, Minnesota 55416 <br><br> Defendants | Case No. 22-01613 (DLF) |

**PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and based on the Complaint, the Declaration of David W. Noble and accompanying exhibits, on the accompanying memorandum of law, on the responsive papers from defendants, and on arguments made by the parties, the Court finds that the plaintiff is likely to succeed on the merits of his claims, that plaintiff will suffer irreparable injury if no preliminary relief is granted, and that the public

interest favors relief. It is hereby ordered that defendants National Association of Letter Carriers, AFL-CIO, Branch 421, and Branch 9 shall accept plaintiff's political ads and run them in the *Postal Record* and their branch publications.

IT IS SO ORDERED.

Dated: July _____, 2022          _____
                                 United States District Judge