UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------x
DAVID W. NOBLE,
                *Plaintiff*,

   - v. -                                         Case No. 1:22-cv-01613 (DLF)

NATIONAL ASSOCIATION OF LETTER
CARRIERS, AFL-CIO *et al.*

                *Defendants.*
------------------------------------------------------------------X

**PROPOSED ORDER**

Upon consideration of the Motion of the Plaintiff, David Noble, requesting a Preliminary Injunction, and the Opposition filed by Defendants, National Association of Letter Carriers, AFL-CIO *et al.*, it is hereby Ordered that the Motion is DENIED.

So Ordered, this _____ day of _____, 2022.

                                                            _____
                                                            Dabney L. Friedrich
                                                            U.S. District Judge