Arthur Schwartz <aschwartz@afjlaw.com>  Jan 31, 2022, 2:34 AM
to me

Are you writing to me looking for legal help? I have been doing union democracy work for 43 years. My phone is 917-923-8136

**Arthur Z. Schwartz**
*Principal Attorney* Advocates for Justice Chartered Attorneys
*President-* Advocates for Justice Legal Foundation
*General Counsel -* Pacifica Foundation
*Political Director-* NY Progressive Action Network
*Democratic District Leader -* Greenwich Village, NYC
*Law Co-Chair -* Manhattan Democratic Party
225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
**Cell: 917-923-8136**
Fax: 212-285-1410

Exhibit J