**David Noble** <dwnoble@gmail.com>  Fri, May 13, 2:47 PM
to Arthur, Arthur

Five years ago we talked on the phone several times about a defamation suit I had brought against Bill Young, the former national president of NALC.  Our talks didn't lead anywhere and I gave up and found another lawyer.  I won the case against Young.

As of 4:30 this morning I had given up again and I sent you an email.  Now you're talking again about taking the case.  I need to know what you're going to do.  Are you going to take the case?  If so, when will you be able to file the motion for a preliminary injunction?

David Noble

**Arthur Schwartz** <aschwartz@afjlaw.com>  Fri, May 13, 9:46 PM
to me

I'll do it. Will work on it this weekend. Two briefs due this week and a lawsuit to stop an illegal union election, but I will proceed

--
**Arthur Z. Schwartz**
*Principal Attorney* Advocates for Justice Chartered Attorneys
*President-* Advocates for Justice Legal Foundation
*General Counsel* - Pacifica Foundation
*Political Director-* NY Progressive Action Network
*Democratic District Leader* - Greenwich Village, NYC
*Law Co-Chair* - Manhattan Democratic Party
225 Broadway Suite 1902
New York, New York 10007
Office: 212-285-1400
**Cell:** 917-923-8136
Fax: 212-285-1410

Exhibit K