**salary**.com

FOR YOU ▾    FOR EMPLOYERS ▾    SURVEY CATALOG ▾    RESOURCES ▾    FIND A JOB ▾

Home › Research › Employer › Cohen, Weiss And Simon Llp

## COHEN, WEISS AND SIMON LLP SALARIES

How much do Cohen, Weiss And Simon Llp employees earn on average in the United States?
Cohen, Weiss And Simon Llp pays an average salary of $4,027,322 and salaries range from a low of $3,543,003 to a
high of $4,563,824. Individual salaries will, of course, vary depending on the job, department, location, as well as
the individual skills and education of each employee.

Avg. Base Salary (USD)    **$4,027,322**/year ▾   View Hourly

LOW:$3,543,003 ▮
AVERAGE:$4,027,322 ▮▮
HIGH:$4,563,824 ▮▮▮

| **Overview** | Job Salaries | Job Openings | Locations | Reviews |

### 🏛 Cohen, Weiss And Simon Llp Company Overview

| | | | |
|---|---|---|---|
| **WebSite:** | cwsny.com | **Headquarters:** | FRANKLIN D ROOSEVELT, NY |
| **Size:** | 25 - 50 | **Founded:** | 1948 |
| **Type:** | | | |
| **Revenue:** | $5M - $10M | **Industry:** | Business Services |
| **Related Companies:** | | | |

Exhibit I