

**MOSAIC**

4801 Viewpoint Place
Cheverly, MD 20781-1100
Phone: (301) 454-9101
Fax: (301) 927-3621
Email: estimators@mosaic.buzz
www.mosaic.buzz

# Quotation
## 83352

**To:**

David Noble Campaign

| | |
|---|---|
| **Date** | 5/17/22 |
| **Salesperson** | House |
| **Estimator** | Mike Long |

Dear David

We would like to thank you for your time and consideration in regards to this quotation. Included are the detailed product specifications and prices. The quotation is confidential and is intended solely for the use of the addressee(s) named above.

Below are your detailed production specifications for this request

| | |
|---|---|
| **Description** | Label - Mail |
| **Size** | Final Size : 2 x 3 |
| **Paper** | Uncoated Label Perm |
| **Ink** | 1/0 - K |
| **Provided** | Print w/ Variable Address |
| **Finishing** | Trim - Apply to Supplied Env - Mail - Postage is Add'l |
| **Shipping** | PO Drop |
| **Price** | |

| Quantity | Prices | Per Piece |
|---|---|---|
| 100 | $ 274. | $ 2.74 |
| 1,000 | $ 511. | $ .51 |
| 2,500 | $ 907. | $ .36 |
| 5,000 | $ 1,607. | $ .32 |

Sincerely,

The Mosaic Team

Upon acceptance please indicate the quantity required

| **Quoted By:** | Deborah Buckey | **Sign:** | Deborah Buckey  Digitally signed by Deborah Buckey Date: 2022.05.17 16:00:08 -05'00' | **Date:** | 5.17.2022 |
|---|---|---|---|---|---|
| **Accepted By:** | | **Sign:** | | **Date:** | |

Thank you for giving us the opportunity to submit this quote. As always, quotes are based on a physical inspec       Exhibit L         d.