## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID W. NOBLE,<br><br>*Plaintiff*,<br><br>v.<br><br>NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL-CIO, *et al.*,<br><br>*Defendant*. | No. 1:22-cv-1613 (DLF) |

### ORDER

For the reasons stated from the bench during the hearing of July 8, 2022, it is

**ORDERED** that plaintiff's Motion for Preliminary Injunction, Dkt. 5, is **DENIED**.

**SO ORDERED.**

_____
DABNEY L. FRIEDRICH
United States District Judge

July 11, 2022