UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David W. Noble,<br><br>*Plaintiff,*<br><br>v.<br><br>National Association of Letter Carriers, AFL-CIO, *et al.*<br><br>*Defendants.* | Civil Action No. 1:22-cv-01613-DLF |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO DISMISS**

Upon the motion to dismiss filed by Defendants National Association of Letter Carriers, AFL-CIO ("NALC") and NALC Branches 9 and 421 (together, "Defendants") under Federal Rules of Civil Procedure 12(b)(1), (b)(3) and (b)(6), and upon consideration of the entire record, the Court hereby **GRANTS** the motion and **DISMISSES WITH PREJUDICE** the claims against Defendants in the June 17, 2022 First Amended Complaint ("Complaint") [ECF No. 4] of Plaintiff David Noble ("Noble").

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE