Aug 26, 2022 Declaration of David W. Noble

I, David W. Noble, make this declaration based on personal knowledge.

1. In his August 3, 2022 declaration Brian Renfroe asserts that Branches 9 and 421 have their own constitutions. That is false. No NALC branch has its own constitution.

2. The NALC Constitution has a part called Constitution for the Government of Subordinate and Federal Branches. That part serves as the constitution for all of NALC's approximately 2,000 branches. The NALC Constitution may be viewed at NALC.org.

3. Branches are allowed to have their own by-laws, but before they become effective they must be reviewed and approved by NALC headquarters.

4. Renfroe also asserts that Branches 9 and 421 have their own officers. It is true that each branch has officers, but those officers are not the exclusive bargaining agents for the branches. That distinction rests with the national union and the officers of the national union, who negotiate a National Agreement that sets the pay for all city letter carriers in all branches.

5. The officers of the national union are elected by the members of Branches 9 and 421 and of all the other branches. I am a candidate for president of the national union in an election being conducted among members of Branches 9 and 421 and all of the other branches.

6. Branches are the national union's designees to handle the first two steps of the grievance procedure. If the national union withdrew that designation from a branch, the branch would have nothing to do and no reason to exist.

7. Renfroe asserts that Branches 9 and 421 have their own members. However, to be a member of a branch one must also be a member of the national union.

8. Renfroe asserts that Branches 9 and 421 have their own funds. That is true only to the extent that the national union gives them money every month. If the national union did not give them money they would have no funds, and no way to raise money.

9. Every member of the NALC pays dues to the union. The dues are used to pay the operational costs of the union, including the publication and distribution of the *Postal Record* and the *NALC Bulletin*.

10. Campaign Literature means any communication which meets the following criteria: (1) it is distributed during the campaign cycle, (2) it identifies the candidate (even if the fact of candidacy is not mentioned in the communication, it is deemed that there is a valuable benefit to the candidate gained by the name recognition generated through the distribution of a communication during a campaign cycle) . . . .
www.lawinsider.com/dictionary/campaign-literature

11. I ran for president in 2014 and 2016. I am running for president in the 2022 election and may well run in the 2026 election. In the 134 year history of NALC only once has an outsider defeated an incumbent president. That happened in 1978, when outsider Vince Sombrotto beat incumbent Joe Vacca. Sombrotto ran and lost three times before winning on his fourth try.

12. A full page ad in the *Postal Record* costs $2,750 and reaches all 280,000 members of the union. That is less than penny a member. Spending $2,750 on direct mail would reach 1,375 members, which is less than ½% of the total membership, at about $2 per member. No challenger or group of challengers in any NALC national election has been able to raise enough money to make a mailing.

13. In 2018 I sued NALC to compel it to distribute my campaign material by email. After the election NALC destroyed its email library, thus preventing me from making emails in the 2022 election.

14. Under the Federal and Local Rules, I have not yet been able to begin discovery.

      I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2022.

*[signature]*
David W. Noble