In the United States District Court
for the District of Columbia

| | | |
|---|---|---|
| David W. Noble<br>2707 Ridge Road<br>Windsor Mill, Maryland 21244<br>240-477-7256<br><br>Plaintiff<br><br>v.<br><br>National Association of Letters Carriers,<br>    AFL-CIO<br>100 Indiana Avenue, Northwest<br>Washington, D.C. 20001<br><br>and<br><br>Alamo Branch 421<br>6218 Krempen Avenue<br>San Antonio, Texas 78233<br><br>and<br><br>Branch 9 NALC<br>5831 Cedar Lake Road<br>St. Louis Park, Minnesota 55416<br>,<br>Defendants | §§§§§§§§§§§§§§§§§§§§§§§§§§§§§§§ | Case No. 22-01613 (DLF) |

**NOTICE OF APPEAL TO**
**THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Notice is given that plaintiff David W. Noble hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order entered on December 13, 2022, dismissing this case.

Respectfully submitted,

*David W. Noble*
David W. Noble
2707 Ridge Road
Windsor Mill, MD 21244
240-477-7256
dwnoble@gmail.com

Dated: January 11, 2023